FILE COPY

**13-15-00141-CR**

**Trinidad George Perez**

**v.**

**The State of Texas**

**<u>ATTORNEYS OF RECORD FOR THE APPELLANT:</u>**

**<u>ATTORNEY OF RECORD FOR THE APPELLEE:</u>**